UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SERGIO DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Judge |
| | ) | |
| P.O. ASTUDILLO #7250 and | ) | |
| P.O. RANALLO #8734, | ) | Magistrate Judge |
| INDIVIDUALL, and | ) | |
| THE CITY OF CHICAGO, a municipal | ) | JURY DEMAND |
| Corporation, | ) | |
| Defendants. | ) | |

**COMPLAINT AT LAW**

**NOW COMES** the Plaintiff, SERGIO DAVIS, by and through his attorneys Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, P.O. ASTUDILLO #7250 and P.O. RANALLO #8734, individually and the CITY OF CHICAGO, a municipal corporation, as follows:

**COUNT I - FALSE ARREST**

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, SERGIO DAVIS, accomplished by acts and/or omissions of the Defendants P.O. ASTUDILLO #7250 and P.O. RANALLO #8734, individually and the CITY OF CHICAGO, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, SERGIO DAVIS, was at all relevant times, a United States citizen and a resident of the State of Illinois.

4. At all relevant times, the Defendants P.O. ASTUDILLO #7250 and P.O. RANALLO #8734, were duly appointed Chicago Police Officers acting within their scope of employment and under color of law.

5. On or about October 16, 2017, the Plaintiff, SERGIO DAVIS was a passenger in a friends vehicle when he was stopped by the Defendants.

6. The Plaintiff was not committing a crime or breaking any laws.

7. The Plaintiff questioned their actions.

8. The Defendants then arrested the Plaintiff.

9. The Defendants claimed the Plaintiff had drugs.

10. The charges against the Plaintiff were false.

11. At all relevant times, the Defendants, P.O. ASTUDILLO #7250 and P.O. RANALLO #8734, were acting pursuant to the customs and policies of the Chicago Police Department.

12. The actions of the Defendants, P.O. ASTUDILLO #7250 and P.O. RANALLO #8734, were intentional, willful and with malice.

13. Said actions of the Defendants, P.O. ASTUDILLO #7250 and P.O. RANALLO #8734, violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

14. As a direct and proximate consequence of said conduct of the Defendants, P.O. ASTUDILLO #7250 and P.O. RANALLO #8734, the Plaintiff, SERGIO DAVIS, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering and future pain and suffering.

**WHEREFORE**, the Plaintiff, SERGIO DAVIS, prays for judgment in his favor and against the Defendants, P.O. ASTUDILLO #7250 and P.O. RANALLO #8734, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT II – MALICIOUS PROSECUTION

1-8. The Plaintiff, SERGIO DAVIS, hereby realleges and incorporates his allegations of paragraphs 1-8 of Count I as through fully set forth herein.

9. The Plaintiff, SERGIO DAVIS, was held for approximately two days.

10. The Plaintiff, SERGIO DAVIS, retained legal counsel to defend these false charges.

11. The Defendants proceeded with the prosecution of these charges knowing they were false.

12. The Plaintiff, SERGIO DAVIS, went to trial and was found not guilty.

13. The individual Defendants were working for the City of Chicago which is liable for respondeat superior.

14. As a result of the criminal charges the Plaintiff, SERGIO DAVIS, incurred pain, suffering, emotional distress, fear and monetary loss.

**WHEREFORE**, the Plaintiff, SERGIO DAVIS, prays for judgment in his favor and against the Defendants, P.O. ASTUDILLO #7250 and P.O. RANALLO #8734, and the CITY OF CHICAGO for a reasonable amount in compensatory damages, punitive damages, and costs.

### COUNT III – INDEMNIFICATION / CITY OF CHICAGO

1-20. The Plaintiff, SERGIO DAVIS, hereby re-alleges and incorporates his allegations of all paragraphs of Counts I-II as though fully set forth herein.

21. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

22.     All the Defendants are employees of the City of Chicago Police Department who acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants be found liable for the acts alleged above, Defendant, City of Chicago would be liable to pay the Plaintiff any judgment obtained against said Defendants.

## JURY DEMAND

The Plaintiffs, SERGIO DAVIS hereby requests a trial by jury.

Respectfully submitted<br>
SERGIO DAVIS<br><br>
/s/ Gregory E. Kulis<br>
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**